UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-63035-BLOOM/Valle

ERIC WATKINS,

    Plaintiff,
vs.

SERGEANT M. BIGWOOD, *et al.*,

    Defendants.
_____/

# ORDER

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. On March 19, 2020, Plaintiff filed his Amended Complaint, ECF No. [35], after the Court entered an order granting in part and denying in part Defendants' initial motion to dismiss, ECF No. [30]. On April 30, 2020, the Court entered an omnibus order denying Defendants' motion to dismiss and denying as moot Plaintiff's motion for leave to file a sur-reply. ECF No. [49] ("Order"). In the Order, the Court for the second time explained to Plaintiff that his request for leave to amend, which was raised in his opposition to the motion to dismiss, was procedurally improper. *See id.* at 16.

On May 4, 2020, Plaintiff filed a Second Amended Complaint, ECF No. [49] ("Second Amended Complaint"), in which he added a new party defendant, re-raised official capacity claims against the officer defendants that had been dismissed previously, and added two new counts. *See id.* This pleading was filed without Plaintiff having attained leave of court in violation of Rule 15, Fed. R. Civ. P. This is the second time that he has filed documents without having been granted leave. *See* ECF No. [33], stricken by ECF No. [34]. Additionally, Plaintiff was advised previously of the importance of complying with governing procedural rules "particularly after being expressly directed to do so." *See* ECF No. [30] at 12.

Case No. 18-cv-63035-BLOOM/Valle

Accordingly, it is **ORDERED AND ADJUDGED** that the Second Amended Complaint, **ECF No. [49]**, is **STRICKEN**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on May 4, 2020.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Eric Watkins
7990 Hampton Blvd
Apt. 110
North Lauderdale, FL 33068
Email: kemet121671.ew@gmail.com